AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 99-10020-003 |
| Ramona Burns ) | USM No: 10340-035 |
| ) | |
| Date of Previous Judgment: August 30, 2001 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney: Carol Whitehurst |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582 (c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. §994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ■ DENIED.        ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months is reduced to _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 240 months | Amended Guideline Range: | 240 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**: Despite current objections, defendant received an adequate reduction through Rule 35. Her Bureau of Prisons offense record post-conviction is also extensive.

Except as provided above, all provisions of the Judgment dated August 30, 2001 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 5, 2008

Effective Date: March 15, 2008
(If different from order date)

Honorable Dee D. Drell, U. S. District Judge